IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY P. GRENWALT,

    Plaintiff,

v.

WARDEN RICHARDSON, CO
KREMSREITER, SERGEANT JANE DOE, and
INMATE JOHN DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-581-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                              12/13/2018

Peter Oppeneer, Clerk of Court                Date